JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TERESA ORTEGA, an individual; VERONICA LOPEZ, an individual; and SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., a California nonprofit corporation, d/b/a HOUSING RIGHTS CENTER, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MARIPOSA EQUITIES, INC., a California corporation, and CHARLES DUNN REAL ESTATE SERVICES, INC., a California corporation, <br><br> Defendants. | Case No.: CV11 07184-RGK (AGRx) <br><br> Assigned to Dept. 850 <br> The Hon. R. Gary Klausner <br><br> [~~PROPOSED~~] ORDER <br><br> Action Commenced: August 30, 2011 <br> Trial Date: August 28, 2012 <br> Discovery Cut-Off: May 30, 2012 <br> Law & Motion Cut-Off: June 13, 2012 |

Pursuant to Federal Rule of Civil Procedure 41(a) and parties' Joint Stipulation to Dismiss, this Court dismisses the above-captioned case with prejudice.

Dated: 05·11·2012

_____
The Honorable R. Gary Klausner